# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2241

_____

United States of America

*Plaintiff - Appellee*

v.

Marcus DeShawn Harmon-Wright

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: November 23, 2021
Filed: November 30, 2021
[Unpublished]

_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Marcus Harmon-Wright appeals the above-Guidelines sentence imposed by the district court[1] after he pled guilty to a firearms offense. His counsel has moved for

---

[1] The Honorable C. J. Williams, United States District Judge for the Northern District of Iowa.

leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court erred by applying an upward departure, and that the sentence is unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion by departing upward from the Guidelines; and did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a), and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Vasquez</u>, 552 F.3d 734, 738 (8th Cir. 2009) (departures from sentencing Guidelines are reviewed for abuse of discretion); <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (sentences are reviewed for substantive reasonableness under deferential abuse of discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____